UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Steven J. Huard,
Plaintiff

MISC 08 50 S

v.

Civil No. 08-cv-120-SM

Essex County Correctional Center, et al.

**O R D E R**

All of the judges in this district have recused themselves from presiding over this case. Accordingly, subject to the concurrence of Chief Judge Lisi, the case shall be designated and assigned to an active district judge from the District of Rhode Island. Sitting by designation, the assigned judge is authorized to hold court within this district and perform any judicial function required of a judge of this district as set forth in 28 U.S.C. § 296. Jurisdiction over the case remains with the New Hampshire District Court.

The recusal of all of the judges on this court gives rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. § 636(a)-(c).

**SO ORDERED.**

Steven J. McAuliffe
Chief Judge

June 19, 2008

cc: Clerk, USDC, Rhode Island
Steven J. Huard, pro se