JDrecused, JLrecused, JMrecused, PBrecused, SMrecused

**U.S. District Court**
**District of New Hampshire (Concord)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-00120**

Huard v. Essex County Correctional Center, et al
Assigned to:
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/20/2008
Jury Demand: None
Nature of Suit: 555 Prisoner - Prison Condition
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Steven J. Huard**

represented by **Steven J. Huard**
MA0668062
Essex County Correctional Facility
Unit 240-C
20 Manning Ave
PO Box 807
Middleton, MA 01949
PRO SE

V.

**Defendant**

**Essex County Correctional Center**

**Defendant**

**Essex County Correctional Medical Services**

**Defendant**

**MA Attorney General**
*in her individual and official capacities*
*other*
Martha Coakley

**Defendant**

**MA Department of Corrections, Commissioner**
*in his individual and official capacities*
*other*
Harold W. Clarke

**Defendant**

**Essex County Sheriff**
*in his individual and official capacities*
*other*
Frank G. Cousins, Jr.

**Defendant**

**Essex County Medical Services, Director**
*in his individual and official capacities*
*other*
Wayne Ward

**Defendant**

**Essex County Correctional Center, Superintendent**
*in his individual and official capacities*
*other*
Michael Marks

**Defendant**

**US Marshal, District of New Hampshire**
*in his individual and official capacities*
*other*
Stephen R. Monier

**Defendant**

**Brad Noll**
*Physician, Essex County Correctional Facility*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2008 | 1 | COMPLAINT/Civil Lawsuit-Letter of Demand against all defendants filed by Steven J. Huard.(vln) (Additional attachment(s) added on 5/20/2008: # 1 Proposed Summonses) (jeb). (Entered: 04/01/2008) |
| 04/01/2008 | 2 | **ORDER - Filing Fee Omitted. Either the filing fee or a motion to proceed IFP must be submitted within 60 days. If IFP status sought the court needs: IFP motion, financial declaration and certificate of custodial institution. Signed by Deputy Clerk Vincent L. Negron Notice of Compliance Deadline set for 6/2/2008. (vln)** (Entered: 04/01/2008) |
| 05/06/2008 | 3 | FIRST AMENDED COMPLAINT with Affidavit and Memorandum of Law against all defendants filed by Steven J. Huard. (Attachments: # 1 Table of Contents to Exhibits, # 2 Cover Letter, # 3 Civil Cover Sheet, # 4 Exhibit 1, Part 1 of 2, # 5 Exhibit 1, Part 2 of 2, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4, # 9 Exhibit 5, # 10 Exhibit 6, Part 1 of 2, # 11 Exhibit 6, Part 2 of 2, # 12 Exhibit 7, # 13 Exhibit 8) (jeb). (Entered: 05/07/2008) |

| | | |
|---|---|---|
| 05/06/2008 | 4 | MOTION to Proceed In Forma Pauperis filed by Steven J. Huard. (jeb) (Entered: 05/07/2008) |
| 05/06/2008 | 5 | MOTION for Appointment of Counsel filed by Steven J. Huard. (jeb) (Entered: 05/07/2008) |
| 05/06/2008 | 6 | AFFIDAVIT in Support of 4 MOTION to Proceed In Forma Pauperis, 5 MOTION for Appointment of Counsel filed by Steven J. Huard. (jeb) (Entered: 05/07/2008) |
| 05/19/2008 | 7 | FINANCIAL AFFIDAVIT re: 4 Motion to Proceed in Forma Pauperis, 6 Affidavit by Steven J. Huard (jeb) (Entered: 05/19/2008) |
| 05/19/2008 | 8 | Certificate of Custodial Institution re: 4 Motion to Proceed in Forma Pauperis, 6 Affidavit, 7 Financial Declaration by Steven J. Huard (jeb) (Entered: 05/19/2008) |
| 05/20/2008 | 9 | **ORDER granting 4 Motion to Proceed in forma pauperis as to Steven J. Huard, initial fee of $20.00 due no later than June 30, 2008. No further action by court until initial fee paid. Failure to pay will result in dismissal. So Ordered by Magistrate Judge James R. Muirhead. Fee due 6/30/2008. (amm) (Entered: 05/21/2008)** |
| 05/20/2008 | | IFP motion complete - case converted to a civil case. (jeb) (Entered: 05/22/2008) |
| 05/20/2008 | | Case assigned to Judge Paul J. Barbadoro. The case designation is: 1:08-cv-120-PB. Please show this number with the judge designation on all future pleadings. (jeb) (Entered: 05/22/2008) |
| 05/27/2008 | | Initial Fee paid: $ 20.00 (Check), receipt number 031702 by Steven J. Huard re: 1 Complaint, 3 Amended Complaint,. (jeb) (Entered: 05/27/2008) |
| 05/27/2008 | 10 | **ORDER OF RECUSAL. Judge Paul J. Barbadoro recused. Signed by Judge Paul J. Barbadoro. (jeb)** (Entered: 05/27/2008) |
| 05/28/2008 | 11 | **ORDER OF RECUSAL. Chief Judge Steven J. McAuliffe recused. Signed by Chief Judge Steven J. McAuliffe. (jeb)** (Entered: 05/29/2008) |
| 06/02/2008 | 15 | CERTIFICATE OF SERVICE by Steven J. Huard re: 1 Complaint, 3 Amended Complaint. (jeb) (Entered: 06/12/2008) |
| 06/03/2008 | 12 | **ORDER OF RECUSAL. Judge Joseph A. DiClerico, Jr. is recused. Signed by Judge Joseph A. DiClerico, Jr. (jeb)** (Entered: 06/03/2008) |
| 06/03/2008 | 13 | **ORDER OF RECUSAL. Judge Joseph N. Laplante is recused. Signed by Judge Joseph N. Laplante. (jeb)** (Entered: 06/04/2008) |
| 06/04/2008 | 14 | **ORDER OF RECUSAL. Magistrate Judge James R. Muirhead is recused. Signed by Magistrate Judge James R. Muirhead. (jeb)** (Entered: 06/04/2008) |
| 06/05/2008 | 17 | Letter to USDC-NH Clerk from Steven Huard re: NH Judges' Recusals (jeb) (Entered: 06/12/2008) |
| | | |

| | | |
|---|---|---|
| 06/05/2008 | 18 | Letter to USDC-NH Clerk from Steven Huard re: Request for Appointment of Counsel and copy of docket sheet. (jeb) (Entered: 06/12/2008) |
| 06/09/2008 | 19 | Letter to USDC-NH Clerk from Steven Huard re: Confirmation of Filings. (jeb) (Entered: 06/12/2008) |
| 06/19/2008 | 21 | **ORDER. All of the NH judges are recused, case referred to District of Rhode Island. Concurring Order sent. Miscellaneous Deadline set for 7/14/2008. Signed by Chief Judge Steven J. McAuliffe. (jeb)** (Entered: 06/19/2008) |
| 06/19/2008 | 22 | Letter to S. Huard from USDC-NH Deputy Clerk Boucher re: Recusals/Designation of Case (jeb) (jeb). (Entered: 06/19/2008) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/20/2008 10:35:15 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:08-cv-00120 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |