**CONCURRING ORDER**

I concur that **William E. Smith**, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge **Lincoln D. Almond** ______________ is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him/her by the district judge to whom this case is assigned.

Mary M. Lisi
Chief Judge, Assignee District

Date: June 25, 2008

cc: Clerk, USDC, ______________
Steven J. Huard, pro se