08mc 50

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2008 MAY -5 A 11: 18

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

Steven J. Huard, pro-se

Vs.

Correctional Medical Services, et al

**COMPLAINT**
**CIVIL ACTION NO: 08-fp-120**

# PLAINTIFFS JOINT MOTION TO APPOINT COUNSEL AND TO PROCEED FORMA PAUPERIS

*NOW* comes the Plaintiff who hereby respectfully requests that counsel be appointed to represent him pursuant to 28 U.S.C. § 1915 and to proceed forma pauperis in the above-mentioned proceedings.

## I. RELEVANT FACTS:

I. On March 19, 2008 the Plaintiff had petitioned to the Saab law firm for their assistance with this matter whereas the Plaintiff on a contingency basis had requested representation in which had been rejected. [See Attached]

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ____
William E. Smith, District Judge
Date: 6/24/08

II. On April 12, 2008 the Plaintiff had petitioned to the Disability Law Center for their assistance with the handling of these proceedings where they have failed to respond. [See Attached]

III. On April 18, 2008 (and on two previous occasions as well) the Plaintiff had requested that the Essex County Correctional Facility provide him with the appropriate material for him to be able to adhere to the courts requests for his filing in the form of *forma-pauperis* where he had been refused these necessary items. [See Attached]

*Wherefore* for the following reasons stated above that this court should allow for these proceedings in forma pauperis and to appoint, Steven J. Huard, counsel so justice can be served.

Dated: May 2, 2008

Respectfully Submitted,

Steven J. Huard, pro-se