LAW OFFICES
LOUIS M. SAAB

ATTORNEYS AND COUNSELORS AT LAW
SAAB BUILDING
175 CENTRAL STREET
LOWELL, MA 01852
TEL. (978) 454-9121
TEL. (978) 454-8511
FAX (978) 459-3906

Louis M. Saab, Esquire
Dennis E. Taff, Esquire (1948-2000)
Eric A. Nissen, Esquire
Kevin M. Carroll, Esquire
Brad M. Pacheco, Esquire *
Matthew A. Pingeton, Esquire**

* Also admitted in New Hampshire
** Also admitted in Florida
*** Also admitted in California
**** LL.M Tax

John M. Mello, Jr., Esquire
Kaleb Y. Pan, Esquire***
Thomas F. Fleming, Esquire
Bruce A. Gage, Esquire****
Dane C. Dowell III, Esquire
Michael J. Anzalone, Esquire*
Kitzie L. Zeidan, Esquire

Of Counsels
Thomas J. Saab, Esquire
Peter C. Peterson, Esquire

March 19, 2008

Mr. Steven J. Huard 240-c
MSA # 0668062
P.O. Box 807
Middleton, MA 01949

Dear Mr. Huard:

Thank you for providing us the materials relative to your claims against the Massachusetts Department of Corrections, et al.

I have received the documents, including the Letter of Demand, the Medical Grievance Appeals Forms, and the other documents comprising your file. I have discussed with Mr. Saab your request/offer to have us represent you in this matter. After our review, discussion and analysis of your claim we have made a decision to refrain from handling this case.

Our decision is based purely on time and economy. It is our opinion that because of the many medical issues and grievances, this case would take a lot of time, attention and expense to pursue. It is further our opinion that the likelihood of success is not great. Therefore, we do not feel it is economically feasible to pursue this claim in your behalf.

I will say that should you continue to proceed with your claim that perhaps if it should be treated as one of medical malpractice. You should have a doctor (your expert witness) review all of your meds and provide you with an opinion as to whether any of your health care providers deviated from the accepted standard of care while treating you.

---

Also, your expert would need to show that as a direct and proximate result of one or more of your health care providers' unacceptable care, you were substantially injured. It is a long expensive process and, normally, because of that fact, most medical malpractice attorney's won't pursue a case unless it is clear that the health care professional gave bad care and the injury caused must be one where a jury would exclaim, "Oh my God!" (For example, a doctor amputates the wrong leg).

Remember that there is a Statute of Limitations on these cases and you need to file suit (the earlier the better) to protect any legal right to recovery you might have. Claims against a governmental authority have different filing procedures that you must be aware of. Bottom line: You should immediately contact another attorney should you wish to further pursue your claim.

Thank you for having provided us the opportunity to review this matter. We wish you the best.

Very truly yours,

Peter C. Peterson, Esq.