COPY

Mr. Steven J. Theriault
MCI # W606062
P.O. Box 807
20 Manning Ave.
Middleton, Ma. 01949

Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, Ma 02108

April 12, 2008
Re: Legal assistance for Disabled

To Whom It May Concern;

I am writing this letter in regards to the legal assistance in two separate matters: one criminal and one civil.

The criminal matter is pertaining to a case where I had asked for my disabilities to be taken into considerations before going to trial which include the diagnosis (by the state) of me having an anxiety, depression and panic disorder. Please note that I have previously received Social Security benefits for this. These issues were not presented properly during the preparation @ trial whereas I had been found guilty. An ineffective assistance of counsel claim is pending. Yet, I would like for some assistance by a qualified person for the assurance of proper handling.

Secondly, on a civil matter I am inside of the process of filing civil injunctions against a number of parties for the neglectful practices in health care. There is alot of time, research, and resources needed to pursue this and I have a valid claim. While being detained my healthcare needs are not properly being adhered to. If your office could offer some type of advice or assistance please do. I have done alot of preparation in both perspectives and would like to be able to

Copy



Since with someone from your office my [illegible] - thus far.

Thank you Kindly for taking the time and considerations to address this matter.

CC: p/f

Signed Respectfully,

Steven J. Heard
STEVEN J. HEARD