ECCF

# ESSEX COUNTY CORRECTIONAL FACILITY

## Inmate Request

To: CANTEEN/INMATE ACCOUNT

From: STEVE HEARD (Inmate Name) Booking #: 202386

Date: 4/16/08 Unit: 240-C Cell #: 721

Request: I have made a request 2 times already to get a computer print out for my account for court filing purposes [illegible] and not [illegible] in agency [illegible] only claiming that there isn't enough monies to [illegible] the fees in total. If you want I'll call my Attorney.

Inmate's Signature: Steven J. Heard

Received By:

---

STAFF RESPONSE:

Approved ☐ Denied ☐ (State Reason)

Employee Name/Title: Date:

WHITE-Unit File YELLOW-Inmate PINK-Kept by Inmate